Slip Op. 06 - 70

UNITED STATES COURT OF INTERNATIONAL TRADE

- - - - - - - - - - - - - - - - - - - - x
SERGIO U. RETAMAL,
                                        :
                        Plaintiff,
                                        :
            v.                             Court No. 03-00613
                                        :
U.S. CUSTOMS AND BORDER PROTECTION
DEPARTMENT OF HOMELAND SECURITY,        :

                        Defendant.  :
- - - - - - - - - - - - - - - - - - - - x


Memorandum & Order


Dated:  May 11, 2006


        AQUILINO, Senior Judge:  Pursuant to this court's slip
opinion 04-149, 28 CIT ____ (Nov. 24, 2004), final judgment was
entered, dismissing this action.  Upon subsequent denial of a mo-
tion for rehearing per slip opinion 05-15, 29 CIT ____ (Feb. 3,
2005), the originally-pro-se plaintiff's adoptive counsel prose-
cuted an appeal to the U.S. Court of Appeals for the Federal
Circuit, which handed down a decision that concluded:


        The judgment of the United States Court of Interna-
    tional Trade is vacated in part, reversed in part, and
    the case is remanded with instructions to dismiss.

Sergio U. Retamal & John J. Galvin v. U.S. Customs & Border Pro-
tection, 439 F.3d 1372, 1378 (Fed.Cir.  2006).


        That court's judgment issued as a mandate on April 27,
2006 to the foregoing effect causes this court to reaffirm that all

that its judgment did on November 24, 2004 was to do what the appellate remand now seemingly requires, to wit, dismiss this action.

Ergo, it is once again so ordered.

Dated:  New York, New York
        May 11, 2006

                                     Thomas J. Aquilino, Jr.
                                          Senior Judge